### 10431. HOBGOOD *v.* THE STATE.

BROYLES, P. J. The verdict was authorized by the evidence, and, as the motion for a new trial contains only the usual general grounds, the judgment below is *Affirmed. Bloodworth and Stephens, JJ., concur.*

DECIDED JUNE 9, 1919.

Accusation of receiving stolen goods; from city court of Tifton— Judge Price. February 18, 1919.

*B. C. Williford,* for plaintiff in error.

*J. S. Ridgdill,* solicitor, *R. D. Smith,* contra.

---

### 10437. WISENBAKER *v.* THE STATE.

STEPHENS, J. The only assignments of error are the general grounds. The verdict is supported by the evidence, and no error of law appears. *Judgment affirmed. Broyles, P. J., and Bloodworth, J., concurs.*

DECIDED JUNE 9, 1919.

Accusation of misdemeanor; from city court of Tifton—Judge Price. March 18, 1919.

*R. D. Smith,* for plaintiff in error.

*J. S. Ridgdill,* solicitor, contra.